# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>          v.<br><br>BRIAN VIRAMONTES,<br>  Defendant. | CV 21-2107 DSF<br>CR 09-445 DSF - 7<br><br>Order DENYING "Supplemental Motion For Counsel to File 28 U.S.C 2255 Motion" |

    Defendant/Petitioner Brian Viramontes has filed a motion to compel counsel to file a motion under 28 U.S.C. § 2255 on his behalf. The Court has declined to appoint counsel and will construe the motion as a motion under § 2255.

> A 1-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of—
>
> (1) the date on which the judgment of conviction becomes final;
>
> (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making a motion by such governmental action;
>
> (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

28 U.S.C. § 2255(f).

Defendant's Judgment and Commitment Order was entered on September 14, 2010, far longer than one-year ago. He did not appeal. None of the other possible start dates for the limitations period applies as the grounds for Defendant's motion appear to have been present at the time of his conviction.

The motion for relief under 28 U.S.C. § 2255 is DENIED.

IT IS SO ORDERED.

Date: April 2, 2021

*Dale S. Fischer*
Dale S. Fischer
United States District Judge